FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Morris National, Inc.    v.   Adams & Brooks, Inc.

No. 14-1224

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✔] As counsel for:   Morris National, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Elliot B. Gipson |
| Law firm: | Fayer Gipson LLP |
| Address: | 2029 Century Park East Suite 3535 |
| City, State and ZIP: | Los Angeles, California 90067 |
| Telephone: | (310) 557-3558 |
| Fax #: | (310) 557-3589 |
| E-mail address: | EGipson@fayergipson.com |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9-25-2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✔] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/22/2014
Date

/s/ Elliot B. Gipson
Signature of pro se or counsel

cc: _____